# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

BECKY GILLESPIE,

      Defendant.

Case No. 2:24-cr-186
Chief Judge Sarah D. Morrison

## ORDER

This matter is before the Court on the Magistrate Judge's January 15, 2025 Report and Recommendation. (ECF No. 35.) The time for filing objections to the Report and Recommendation has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons in the Report and Recommendation, the Court **ACCEPTS** Defendant Becky Gillespie's plea of guilty to Counts 1 and 2 of the Information (ECF No. 29).

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**